Argued at Pendleton October 25, affirmed as modified December 7, 1920.

## GOICOCHEA *v.* GUERRICAGOITIA.

(193 Pac. 925.)

From Malheur: DALTON BIGGS, Judge.

In Banc.

This is a suit for an accounting of the partnership affairs and the dissolution of the partnership between plaintiff and defendant. The history of the contro-

versy is stated in an opinion this day rendered, in the case of *Aramburn* v. *Guerricagoitia, ante,* p. 258 (193 Pac. 922), to which opinion reference is hereby made. The trial court rendered a decree covering the matters involved in both cases. Both plaintiff and defendant have appealed from the decree in this suit.                    AFFIRMED AS MODIFIED.

For appellant there was a brief over the names of *Mr. Julien A. Hurley* and *Mr. Gus A. Hurley,* with an oral argument by *Mr. Julien A. Hurley.*

For respondent there was a brief and an oral argument by *Mr. C. M. Crandall.*

BEAN, J.—The opinion in the foreclosure suit of *Aramburn* v. *Guerricagoitia* above referred to, having disposed of all questions discussed in the briefs in this case, nothing further is deemed necessary. The decree in that case will determine the issues in this suit.
AFFIRMED AS MODIFIED.

---

Motion to dismiss appeal and affirm judgment allowed December 14, 1920.